AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DAVID OPPENHEIMER<br>P.O. Box 8105<br>Asheville, NC 28814<br><br>*Plaintiff(s)*<br>v.<br><br>SONGMANGO.COM, LLC<br>2220 Observatory Place, NW<br>Washington, DC 20007<br><br>*Defendant(s)* | Civil Action No. 16-cv-1780 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter Wendel, Editor-in-Chief and Co-Founder
SONGMANGO.COM, LLC
2220 Observatory Place, NW
Washington, DC 20007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John D. Mason
Copyright Counselors, LLC
7315 Wisconsin Ave, Ste 400 West
Bethesda MD 20814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*